David A. Gill (Tr), TRUSTEE (State Bar No. 032145)
jvidaurri@dgdk.com
1900 Avenue Of The Stars, Eleventh Floor
Los Angeles, CA  90067-4402
Telephone:    (310) 201-2407
Facsimile:    (310) 277-5735

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>MARC ALEXANDER SCARBOROUGH<br>TANYA NICHELLE SCARBOROUGH<br><br><br><br>Debtor(s) | Case No.: 2:14-bk-17794-RN<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a); F.R.B.P. 2003(e)] |

COUNSEL: PRO SE
TO THE ABOVE NAMED DEBTOR(S):

　　　　You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 07/14/14 at 08:00 AM at 915 Wilshire Blvd, 10th Floor Rm 2, Los Angeles, CA 90017, for the reason set forth below:

☒　Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.

Dated:　　June 25, 2014　　　　　　　　　/s/ David A. Gill (Tr)
　　　　　　　　　　　　　　　　　　　　　David A. Gill (Tr), TRUSTEE

**PROOF OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

STATE OF CA, COUNTY OF LOS ANGELES

     I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1900 Avenue Of The Stars, Eleventh Floor, Los Angeles, CA  90067-4402.

     On June 25, 2014, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

MARC ALEXANDER SCARBOROUGH
TANYA NICHELLE SCARBOROUGH
36533 RODEO ST
PALMDALE, CA  93552

PRO SE

☒ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on June 25, 2014, at Los Angeles, California.
☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

                /s/ Joseph Vidaurri
                Joseph Vidaurri